UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DECORATIVE PANELS INT'L, LLC
and DPI SPV, LLC,

                 Plaintiffs,

-against-

ALPENA PROTOTYPE BIOREFINERY,
LLC, AMERICAN PROCESS, INC., AND
GRANBIO LLC,

                 Defendants.

------------------------------------- X



ORDER

20 Civ. 10913 (GBD)

GEORGE B. DANIELS, District Judge:

In light of the Plaintiff's notice that the parties have reached a settlement in principle on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report within sixty (60) days of this order.

Dated: April 29, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE